Jim Brooks for use of Minnie Seiden, appellant, v. Hartford Accident and Indemnity Company of Hartford, Connecticut, appellee. Jim Brooks for use of Louis Seiden, appellant, v. Hartford Accident and Indemnity Company of Hartford, Connecticut, appellee. Gen. No. 39,611.

Opinion filed February 2, 1938.

Leopold Saltiel, for appellant. Eckert & Peterson, for appellee; A. R. Peterson and Walter W. Ross, Jr., of counsel.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

John Kern, appellant, v. Mid City Electrical Service, Inc., appellee. Gen. No. 39,622.

Opinion filed February 2, 1938.

Henry W. Kenoe, for appellant; Harold A. Tepper, of counsel. Braun & Brodie, for appellee; Morton A. Mergentheim, Jr., of counsel.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

National Lead Company, appellee, v. Norlipp Company, appellant. Gen. No. 39,792.

Opinion filed February 2, 1938.

Kirkland, Fleming, Green, Martin & Ellis, for appellant; Joseph M. Taussig, of counsel. England, O'Toole & Kays, for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.